# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| Aleksey Ruderman, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2023-CV-1336 |
| Kenosha County, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:  10/10/2023

/s/ Margaret E. Truesdale
*Attorney's signature*

Margaret E. Truesdale, 6327706
*Printed name and bar number*

Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602

*Address*

mtruesdale@hsplegal.com
*E-mail address*

(312) 604-2630
*Telephone number*

(312) 604-2631
*FAX number*