UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALEKSEY RUDERMAN, ARTURO SALDIVAR, and CHRIS POCKNELL on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>against<br><br>KENOSHA COUNTY, KENOSHA COUNTY SHERIFF'S DEPARTMENT, DAVID G. BETH, ROBERT HALLISY, LARRY APKER, MARC LEVIN, JUSTIN MILLER, and BILL BETH<br><br>                      Defendants. | **Docket No. 2:23-cv-01336**<br><br>**Judge Brett H. Ludwig**<br><br>**Magistrate Judge Stephen C. Dries** |

## PLAINTIFFS' CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiffs Aleksey Ruderman, Arturo Saldivar, and Chris Pocknell, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

The law firms whose attorneys have appeared or are expected to appear for Plaintiffs are: Hughes Socol Piers Resnick & Dym, Ltd.; Jay Kumar Law; Pollock Cohen LLP; and Law Office of Jacob S. Briskman.

Dated: October 10, 2023        By:    /s/ *Margaret E. Truesdale*
                                                    Margaret E. Truesdale
                                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                                    70 W. Madison St., Ste. 4000
                                                    Chicago, IL 60602
                                                    (312) 580-0100
                                                    mtruesdale@hsplegal.com