# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| ALEKSEY RUDERMAN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-01336 |
| Kenosha County, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 10/11/2023

Jacob S Briskman
*Attorney's signature*

Jacob S Briskman (Illinois 6295971)
*Printed name and bar number*

2054 N California Ave.
Chicago IL 60647
*Address*

jacob.briskman@gmail.com
*E-mail address*

(312) 945-6207
*Telephone number*

(773) 442-2117
*FAX number*