UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALEKSEY RUDERMAN, ARTURO SALDIVAR, and CHRIS POCKNELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>against<br><br>KENOSHA COUNTY, KENOSHA COUNTY SHERIFF'S DEPARTMENT, DAVID G. BETH, ROBERT HALLISY, LARRY APKER, MARC LEVIN, JUSTIN MILLER, and BILL BETH<br><br>Defendants. | No. 2:23-cv-01336-BHL<br><br>NOTICE OF APPEARANCE OF COUNSEL |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiffs and the Proposed Class in the above-captioned action.

Dated: October 20, 2023
Philadelphia, PA

**POLLOCK COHEN LLP**

*Raphael Janove*

Raphael Janove, 6006673
1617 John F. Kennedy Blvd.
20th Floor
Philadelphia, PA 19103
(215) 667-8607
Rafi@PollockCohen.com

*Counsel for Plaintiffs and the Proposed Class*