Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):*

Bill Beck

were received by me on *(date)* 10-15-23 .

☒ I personally served the summons and the attached complaint on the individual at *(place):*

3160 1367h Aue Kenosha WI

Whz M, 55, 5'9', 190 LBS, Gray Hair on *(date)* 10-29-23 ; or 2:10p

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-29-23

_____
*Server's signature*

Rene Howard
*Printed name and title*

6133 246TH Aue Sala WI
*Server's address*

Additional information regarding attempted service, etc.: