Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: JUSTIN MILLER

were received by me on *(date)* 10-11-23.

☒ I personally served the summons and the attached complaint on the individual at *(place)*: 1000 55ST Kenosha WI

WHT MALE 45, 5" BRN HAIR, 200LB on *(date)* 10-20-23 ; or @ 921 AM

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-20-23

*Server's signature*

RENE HOWARD
*Printed name and title*

6533 24674 AVE Salem WI
*Server's address*

Additional information regarding attempted service, etc.: