Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: KENOSHA COUNTY - CIVIL PROCESS

were received by me on *(date)* 10-11-23.

☐ I personally served the summons and the attached complaint on the individual at *(place)*:
916 56TH ST KENOSHA WI on *(date)* 10-16-23 ; or 3:32 PM

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* AMANDA SORENSEN, Clerk who is designated by law to accept service of process on behalf of *(name of organization)*
WHT F, 5'6", 160 LBS, BRO HAIR, 30 YEARS on *(date)* 10-16-23 3:32 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-16-23

Server's signature

RENE HOWARD
Printed name and title

6533 24 67th AVE SALEM WI
Server's address

Additional information regarding attempted service, etc.: