Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:
Kenosha County Sheriff Dapartment

were received by me on *(date)* 10-11-23 .

☐ I personally served the summons and the attached complaint on the individual at *(place)*:

1000 55TH ST Kanosha WI 53140 on *(date)* 10-16-23 ; or 3:42PM

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons and the attached complaint on *(name of individual)* LT CAMPBELL

who is designated by law to accept service of process on behalf of *(name of organization)* Kanosly County Sheriff
40, WHT MALE, 6', 220 LBS, SHAVED HEAD on *(date)* 10-16-23 ; or 3:42PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-16-23

_____
Server's signature

RENE HOWARD
_____
Printed name and title

65 33 2467H AVE SALEM WI
_____
Server's address

Additional information regarding attempted service, etc.: