Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):*
LARRY APKEL

were received by me on *(date)* 10-11-23 .

☑ I personally served the summons and the attached complaint on the individual at *(place):*
7945 115TH AVE PLEASANT PRARIE WI
on *(date)* 10-15-23 ; or 12:56 PM

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-11-23

Server's signature

REAG HOWARD
Printed name and title

6533 246TH AVE SALEM WI
Server's address

Additional information regarding attempted service, etc.: