Civil Action No.

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons and the attached complaint for *(name of individual and title, if any)*: MARC LEVIN

were received by me on *(date)* 10-11-23.

☒ I personally served the summons and the attached complaint on the individual at *(place)*:
4723 CORBETT RD KENOSHA WI 53144
WHT MALE, 55, 195LBS SHAVED HEAD on *(date)* 10-14-23 ; or 9:23 AM

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-14-23

*Server's signature*

RENE HOWARD PROCESS SERVER
*Printed name and title*

6533 24674 AVE SALEM WI
*Server's address*

Additional information regarding attempted service, etc.: