Civil Action No. _____

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):* Robert Hallisy

were received by me on *(date)* 10-11-23.

☐ I personally served the summons and the attached complaint on the individual at *(place):* 11034 407H Ave Kenosha WI on *(date)* 4~ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because DOES NOT RESIDE ; or

☐ Other *(specify):* NOW LIVES IN EAGLE RIVER WI 5250 STATE HWY 70 W, UNIT C7 EAGLE RIVER WI 54521

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-25-23

Server's signature

RENE HOWARD
Printed name and title

6533 2467H AVE SALEM W[I]
Server's address

Additional information regarding attempted service, etc.: