UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALEKSEY RUDERMAN,
ARTURO SALDIVAR,
CHRIS POCKNELL,

    Plaintiffs,

CASE NO. 23cv1336

v.

KENOSHA COUNTY,
KENOSHA COUNTY SHERIFF'S DEPARTMENT,
DAVID G. BETH, ROBERT HALLISY,
LARRY APKER, MARC LEVIN,
JUSTIN MILLER, and
LT. BILL BETH,

    Defendants.

## NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Attorney Adam Meyers appears on behalf of Defendants, in the above-entitled action, objecting to the jurisdiction of the court and appearing specially without waiving challenges to the sufficiency of jurisdiction, service, or the Court's competency to proceed due to lack of service, and hereby request copies of all proceedings in this action subsequent to the Summons and Complaint to be served upon us.

Dated this 6th day of November, 2023.

    **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
    Attorneys for Kenosha County, Kenosha County Sheriff's Department, David G. Beth, Robert Hallisy (Special Appearance), Larry Apker, Marc Levin, Justin Miller, and Bill Beth.

    By: */s/ Electronically signed by Adam Meyers*
      REMZY D. BITAR

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
   mreginato@ammr.net
   sschmid@ammr.net
   ameyers@ammr.net

State Bar No: 1038340
MATTEO REGINATO
State Bar No: 1089724
SAMANTHA R. SCHMID
State Bar No: 1096315
ADAM MEYERS
State Bar No: 1112804