UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALEKSEY RUDERMAN,
ARTURO SALDIVAR,
CHRIS POCKNELL,

            Plaintiffs,

v.                                 CASE NO. 23cv1336

KENOSHA COUNTY,
KENOSHA COUNTY SHERIFF'S DEPARTMENT,
DAVID G. BETH, ROBERT HALLISY,
LARRY APKER, MARC LEVIN,
JUSTIN MILLER, and
LT. BILL BETH,

            Defendants.

---

## AMENDED NOTICE OF SPECIAL APPEARANCE

---

PLEASE TAKE NOTICE that Attorney Remzy D. Bitar appears on behalf of Kenosha County, Kenosha County Sheriff's Department, David G. Beth, Larry Apker, Marc Levin, Justin Miller, and Bill Beth, and with respect to Defendant Robert Hallisy, said counsel makes a Special Appearance because he has not been served and thereby retains all objections to personal jurisdiction, insufficient process and insufficient service of process, and hereby requests copies of all proceedings in this action subsequent to the Summons and Complaint to be served upon us.

Dated this 7th day of November, 2023.

                                       **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
                                       Attorneys for Defendants

                                       By:  */s/ Electronically signed by Remzy D. Bitar*
                                               REMZY D. BITAR
                                               State Bar No: 1038340

Case 2:23-cv-01336-BHL   Filed 11/07/23   Page 1 of 2   Document 24

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
　mreginato@ammr.net
　sschmid@ammr.net
　ameyers@ammr.net

MATTEO REGINATO
State Bar No: 1089724
SAMANTHA R. SCHMID
State Bar No: 1096315
ADAM MEYERS
State Bar No: 1112804