ALEKSEY RUDERMAN,
ARTURO SALDIVAR,
CHRIS POCKNELL,

        Plaintiffs,

v.

        CASE NO. 23cv1336

KENOSHA COUNTY,
KENOSHA COUNTY SHERIFF'S DEPARTMENT,
DAVID G. BETH, ROBERT HALLISY,
LARRY APKER, MARC LEVIN,
JUSTIN MILLER, and
LT. BILL BETH,

        Defendants.

## AMENDED NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Attorney Samantha R. Schmid appears on behalf of Kenosha County, Kenosha County Sheriff's Department, David G. Beth, Larry Apker, Marc Levin, Justin Miller, and Bill Beth, and with respect to Defendant Robert Hallisy, said counsel makes a Special Appearance because he has not been served and thereby retains all objections to personal jurisdiction, insufficient process and insufficient service of process, and hereby requests copies of all proceedings in this action subsequent to the Summons and Complaint to be served upon us.

Dated this 7th day of November, 2023.

        **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
        Attorneys for Defendants

        By: _/s/ Electronically signed by Samantha R. Schmid_
        REMZY D. BITAR
        State Bar No: 1038340

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
mreginato@ammr.net
sschmid@ammr.net
ameyers@ammr.net

MATTEO REGINATO
State Bar No: 1089724
SAMANTHA R. SCHMID
State Bar No: 1096315
ADAM MEYERS
State Bar No: 1112804