UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALEKSEY RUDERMAN,
ARTURO SALDIVAR,
CHRIS POCKNELL,

        Plaintiffs,

v.

KENOSHA COUNTY,
KENOSHA COUNTY SHERIFF'S DEPARTMENT,
DAVID G. BETH, ROBERT HALLISY,
LARRY APKER, MARC LEVIN,
JUSTIN MILLER, and
LT. BILL BETH,

        Defendants.

CASE NO. 23cv1336

---

## AMENDED NOTICE OF SPECIAL APPEARANCE

---

PLEASE TAKE NOTICE that Attorney Adam Meyers appears on behalf of Kenosha County, Kenosha County Sheriff's Department, David G. Beth, Larry Apker, Marc Levin, Justin Miller, and Bill Beth, and with respect to Defendant Robert Hallisy, said counsel makes a Special Appearance because he has not been served and thereby retains all objections to personal jurisdiction, insufficient process and insufficient service of process, and hereby requests copies of all proceedings in this action subsequent to the Summons and Complaint to be served upon us.

Dated this 7th day of November, 2023.

        **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
        Attorneys for Defendants

        By: _/s/ Electronically signed by Adam Meyers_
             REMZY D. BITAR
             State Bar No: 1038340

730 N. Grand Avenue  
Waukesha, WI 53186  
O: (262) 548-1340  
F:  (262) 548-9211  
E: rbitar@ammr.net  
   mreginato@ammr.net  
   sschmid@ammr.net  
   ameyers@ammr.net

MATTEO REGINATO  
State Bar No:  1089724  
SAMANTHA R. SCHMID  
State Bar No: 1096315  
ADAM MEYERS  
State Bar No: 1112804