UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALEKSEY RUDERMAN, ARTURO SALDIVAR,
and CHRIS POCKNELL,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.    Case No. 23-cv-1336-bhl

KENOSHA COUNTY, et al.,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs recover nothing and the case is dismissed for failure to state a claim.

    Dated at Milwaukee, Wisconsin on September 30, 2024.

GINA M. COLLETTI
Clerk of Court

s/ *Julie D.*
(By) Deputy Clerk